

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 8, 2020

VIA ECF
Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

> Applications granted. Response to complaint due Feb. 18, 2021. The Dec. 15, 2020 ICMC is hereby adjourned to Feb. 24, 2021 at 10:30 AM. *See* ECF 16 for instructions. ECF 17 resolved. SO ORDERED.
>
> /s/ Ona T. Wang   Dec. 11, 2020
> U.S.M.J.

Re:   *Bill v. Wolf, et al.*, No. 20 Civ. 8334 (LTS) (OTW)

Dear Judge Wang:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Adjust Status (Form I-485).  The government's response to the complaint is currently due on December 18, 2020.  The Court has scheduled a conference in this matter for December 15, 2020.  *See* ECF No. 16.  Counsel for the parties having conferred, I write respectfully to request on behalf of both sides a two-month extension of the government's time to respond to the complaint (*i.e.*, from December 18, 2020 to February 18, 2021) and an adjournment of the December 15 conference to a date after the government's response is due.

    The extension is respectfully requested because USCIS has informed me that it expects to issue a Notice of Intent to Deny to the plaintiff in the next two to three weeks.  The plaintiff then will have time to provide additional information to USCIS for it to consider in adjudicating the Form I-485, which would render this action moot.  The requested extension and adjournment are thus in the interests of efficiency and conservation of resources.  In the event that the Court grants the parties' requests, counsel for both sides note that they are available for a rescheduled conference at 11:00 a.m. on February 23 and March 2, 2021.

    This is the first request for an extension of the deadline to respond to the complaint and for an adjournment of the initial conference.  The plaintiff joins in these requests.  The parties respectfully request that the Court accept this letter in lieu of the case management plan required under the Court's individual practices.

    I thank the Court for its consideration of this letter.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

                 By:   *s/ Michael J. Byars*
                           MICHAEL J. BYARS
                           Assistant United States Attorney
                           Telephone:  (212) 637-2793
                           Facsimile:  (212) 637-2786
                           E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)